Stated in another way, are the allegations of the indictment sufficient to include rape by threats as well as by force?

The State confesses that such manner of commission of the offense of rape is not included in the allegations of the indictment, and that the case should not have been submitted to the jury on the theory of rape by threats. We are inclined to agree.

The judgment is reversed and the cause remanded.

PER CURIAM.

This purports to be a conviction for negligent homicide of the second degree, with punishment assessed at confinement in jail for eighteen months.

The record fails to reflect the judgment of the trial court, without which this court has no jurisdiction to entertain the appeal. Tate v. State, 153 Tex.Cr.R. 415, 220 S.W. 2d 662.

The appeal is dismissed.